MHN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>UNITED STATES OF AMERICA ex rel.<br>MELVIN NEWMAN (R14947), Petitioner<br>v.<br>DON HULICK, Warden, Respondent. | 08CV4240<br>JUDGE DOW<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Melvin Newman

**FILED**
JUL 2008 TC
7-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Steven A. Drizin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Steven Drizin | |
| FIRM<br>Northwestern University Bluhm Legal Clinic | |
| STREET ADDRESS<br>357 E. Chicago Avenue | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>15245 | TELEPHONE NUMBER<br>312-503-6608 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |