IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MELVIN NEWMAN (R14947) )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>DON HULICK, Warden, )<br>)<br>Respondent. )<br>) | 08CV4240<br>JUDGE DOW<br>MAGISTRATE JUDGE MASON<br><br>Case Number of State Court Conviction:<br>No. 01 CR 19103 |

### NOTICE OF FILING

TO:   James E. Fitzgerald                          Lisa Madigan
      Cook County State's Attorney's Office        Illinois Attorney General
      Criminal Appeals Division                    100 W. Randolph Street
      300 Richard J. Daley Center                  Chicago, IL 60601
      Chicago, IL 60602

      Melvin Newman R#14947
      Menard Correctional Center
      711 Kaskaskia Street                         FILED
      P.O. Box 711                                 JUL 25 2008 TC
      Menard, IL 62259                             7-25-2008
                                                   MICHAEL W. DOBBINS
                                                   CLERK, U.S. DISTRICT COURT

You are hereby notified that on July 25, 2008, I filed an original and copy of the attached PETITION FOR WRIT OF HABEAS CORPUS-PERSON IN STATE CUSTODY and MEMORANDUM IN SUPPORT OF PETITION FOR HABEAS CORPUS in the above-entitled cause to the Clerk of the United States District Court, Chicago, IL, and via U. S. Mail, one copy to the Attorney General of Illinois and the State's Attorney of Cook County.

                                          Steven A. Drizin
                                          
                                          /s/ Steven A. Drizin
                                          Attorney for Petitioner

Steven A. Drizin
Bluhm Legal Clinic
Northwestern University School of Law
357 E Chicago Avenue
Chicago, IL  60611
312/503-8576
Attorney No. 15245

## CERTIFICATE OF SERVICE

I, Eli Montes, a non-attorney, hereby certify on oath that I served a copy of the ATTACHED PETITION FOR WRIT OF HABEAS CORPUS-PERSON IN STATE CUSTODY and MEMORANDUN IN SUPPORT OF PETITION FOR HABEAS CORPUS, via first class mail with postage pre-paid on July 25, 2008 to:

James E. Fitzgerald
Cook County State's Attorney's Office
Criminal Appeals Division
300 Richard J. Daley Center
Chicago, IL 60602

Lisa Madigan
Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601

Melvin Newman R#14947
Menard Correctional Center
711 Kaskaskia Street
P.O. Box 711
Menard, IL 62259

_____
Eli Montes

SUBSCRIBED and SWORN TO before
me on this date: July 25, 2008.

_____
Notary Public

OFFICIAL SEAL
DOLORES G. ANGELES
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES APRIL 28, 2011