# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4240 | **DATE** | August 1, 2008 |
| **CASE TITLE** | U.S. ex rel. Melvin Newman (#R-14947) vs. Warden Don Hulick | | |

**DOCKET ENTRY TEXT:**

Respondent is ordered to answer the petition or otherwise plead within twenty-one days of the date of this order.

■ [**For further details see text below.**]     Docketing to mail notices.

### STATEMENT

     Melvin Newman, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner, through counsel, challenges his convictions on two counts of first degree murder on the grounds that: (1) his defense counsel was ineffective in multiple respects; and (2) Petitioner was not competent to stand trial. Petitioner has paid the statutory filing fee.

     Petitioner indicates that he has exhausted state court remedies with respect to the claims raised in his federal habeas petition; furthermore, he appears to have filed his petition in a timely manner. Accordingly, Respondent is ordered to answer the petition or otherwise plead within twenty-one days of the date this order is entered on the Clerk's docket. This preliminary order to respond does not, of course, preclude the State from making whatever waiver, exhaustion or timeliness arguments it may wish to present.

mjm