IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel.<br>  MELVIN NEWMAN,<br><br>              Petitioner,<br><br>         v.<br><br>DONALD HULICK, Warden,<br>  Menard Correctional Center,<br><br>              Respondent. | )<br>)<br>)<br>)<br>)<br>)   No. 08 C 4240<br>)<br>)<br>)   The Honorable<br>)   Robert M. Dow, Jr.,<br>)   Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

On August 1, 2008, this Court ordered respondent to respond to Melvin Newman's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before August 22, 2008. Respondent requests this Court to grant a 30-day extension of time to September 21, 2008, to file the response.

A supporting affidavit is attached to this motion for an extension of time.

August 19, 2008                              Respectfully submitted,


                                             LISA MADIGAN
                                             Attorney General of Illinois

                                     By:     s/Erica R. Seyburn
                                             ERICA R. SEYBURN, Bar # 6287357
                                             Assistant Attorney General
                                             100 West Randolph Street, 12th Floor
                                             Chicago, Illinois 60601
                                             PHONE: (312) 814-2139
                                             FAX: (312) 814-2253
                                             E-MAIL: eseyburn@atg.state.il.us

State of Illinois )
) ss.
County of Cook )

**AFFIDAVIT**

ERICA SEYBURN,, being first duly sworn upon oath, deposes and states as follows:

    1. That I am the Assistant Attorney General assigned to represent the respondent in this matter.

    2. That this is respondent's first request for an extension of time.

    3. That this extension is necessary, in part, to obtain the relevant state court documents, and to allow time for supervisors to edit the response.

    4. Based on the foregoing, respondent respectfully requests that this Honorable Court grant his motion for a 30-day extension of time to file his answer.

    FURTHER AFFIANT SAYETH NOT.


    _s/Erica Seyburn_____
    Erica Seyburn

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2008, I electronically filed respondent's **Motion for Extension of Time** and the accompanying **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system; and mailed the same by United States Postal Service to the following non-registered party:

    Steven A. Drizin
    Northwestern University School of Law
    Bluhm Legal Clinic
    357 E. Chicago Ave.
    Chicago, IL 60611

                                        LISA MADIGAN
                                        Attorney General of Illinois

                By:     s/Erica Seyburn_____
                                        ERICA SEYBURN, Bar No. 6287357
                                        Assistant Attorney General
                                        100 W. Randolph St., 12th Floor
                                        Chicago, Illinois 60601-3218
                                        Phone: (312) 814-2139
                                        Fax: 312-814-2253
                                        E-mail: eseyburn@atg.state.il.us