IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  MELVIN NEWMAN, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 4240 |
| DONALD HULICK, Warden,<br>  Menard Correctional Center, | ) <br> ) <br> ) | The Honorable<br>Robert M. Dow, Jr., |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Steven A. Drizin
      Northwestern University School of Law
      Bluhm Legal Clinic
      357 E. Chicago Ave.
      Chicago, IL 60611

PLEASE TAKE NOTICE that on August 26, 2008, at 9:15 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr., Room 1919, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and present the attached MOTION FOR EXTENSION OF TIME.

                                LISA MADIGAN
                                Attorney General of Illinois

                        By:     s/Erica R. Seyburn
                                ERICA R. SEYBURN, Bar # 6287357
                                Assistant Attorney General
                                100 West Randolph Street, 12th Floor
                                Chicago, Illinois 60601
                                PHONE: (312) 814-2139
                                FAX: (312) 814-2253
                                E-MAIL: eseyburn@atg.state.il.us