**SENDER:** COMPLETE THIS SECTION

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief of Criminal Appeals
Illinois Attorney General's Office
100 W. Randolph St., 12th Flr.
Chicago, IL 60601

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JUL 30 2008

Office Of The Attorney General

3. Service Type Services
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7006 0100 0001 7312 6776

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

08 cv 4240

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court (08cv4240)
Northern District of Illinois
219 S. Dearborn St., 20th Flr.
Chicago, IL 60604

RECEIVED
AUG 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT