# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Melvin Newman

Plaintiff,

v.

Case No.: 1:08−cv−04240
Honorable Robert M. Dow Jr.

Don Hulick

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

MINUTE entry before the Honorable Robert M. Dow, Jr:MOTION by Respondent Don Hulick for extension of time [9] to file answer regarding petition for writ of habeas corpus is granted to 9/21/08. Notice of Motion date of 8/26/08 is stricken and no appearances are necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.